UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MATTHIAS JIMMY FRANCOIS** | **CIVIL ACTION** |
| **VERSUS** | **NO:      10-1330** |
| **ERIC BLANDFORD, ET AL.** | **SECTION: "C" (4)** |

### CLARIFICATION OF PARTIAL REPORT AND RECOMMENDATION

On December 27, 2010, the undersigned issued a Partial Report and Recommendation (R. Doc. 59) which recommended, among other things, that the Plaintiff's claims of sexual battery against "all Defendants" should be dismissed with prejudice as frivolous. The Court hereby clarifies the order as follows:

**IT IS RECOMMENDED** that the motion be **GRANTED** insofar as the Plaintiff's claim for sexual battery against Officer Williams should be **DISMISSED WITH PREJUDICE** as frivolous pursuant to § 1915.

All other aspects of the Partial Report and Recommendation remain the same.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation **within fourteen (14) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from

a failure to object. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).[1]

          New Orleans, Louisiana, this 21st day of January 2011

                            **KAREN WELLS ROBY**
                      **UNITED STATES. MAGISTRATE JUDGE**

---

[1] *Douglass* referenced the previously applicable ten-day period for the filing of objections. Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend the period to fourteen days.