UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MATTHIAS JIMMY FRANCOIS     CIVIL ACTION

VERSUS     NO. 10-1330

ERIC BLANDFORD, ET AL.     SECTION "C"(4)

## O R D E R

The Court, having considered the complaint, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion for Partial Dismissal Pursuant to FRCP 12(b)(6) OR, in the Alternative, Motion for Summary Judgment (R. Doc. 28)** is GRANTED.

New Orleans, Louisiana, this _7th_ day of _February_, 2011

_____
UNITED STATES DISTRICT JUDGE