UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHIAS JIMMY FRANCOIS | CIVIL ACTION |
| VERSUS | NO. 10-1330 |
| ERIC BLANDFORD, ET AL. | SECTION "C"(4) |

## O R D E R

The Court, having considered the complaint, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion for Summary Judgment (R. Doc. 45)** is hereby **DENIED.**

New Orleans, Louisiana, this 11th day of February, 2011

_____
UNITED STATES DISTRICT JUDGE