UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHIAS JIMMY FRANCOIS | CIVIL ACTION |
| VERSUS | NO. 10-1330 |
| ERIC BLANDFORD, ET AL. | SECTION "C"(4) |

## O R D E R

The Court, having considered the complaint, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Motion to Dismiss Plaintiff's Claims Pursuant to FRCP 12(b)(6) (R. Doc. 30) is GRANTED IN PART AND DENIED IN PART.

- IT IS GRANTED insofar as all of the claims asserted against Defendant, the New Orleans Police Department, are DISMISSED WITH PREJUDICE as frivolous pursuant to § 1915.

- IT IS GRANTED insofar as all of the claims asserted against Defendant, the Orleans Parish Prison, are DISMISSED WITH PREJUDICE as frivolous pursuant to § 1915.

- IT IS GRANTED insofar as the Plaintiff's claim for sexual battery against Officer Williams is DISMISSED WITH PREJUDICE as frivolous pursuant to § 1915 because it is time-barred.

- IT IS GRANTED insofar as the Plaintiff's claim for excessive force against Officer Williams is DISMISSED WITH PREJUDICE as frivolous pursuant to § 1915 because it is time-barred.

- IT IS DENIED to the extent that the Defendant, Officer Williams, seeks a dismissal of the false imprisonment and arrest claims.

New Orleans, Louisiana, this 16th day of March, 2011

UNITED STATES DISTRICT JUDGE