UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MATTHIAS JIMMY FRANCOIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1330** |
| **OFFICER ERIC BLANDFORD OF THE JEFFERSON PARISH POLICE DEPARTMENT, ET AL** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## ORDER

The defendant, Officer Arabie, has filed two ex parte motions, a **Motion to Compel Deposition of Plaintiff, Matthias Francois (Rec. Doc. No. 106)** and a **Motion for Leave on Behalf of Officer Arabie to Conduct the Deposition of Obadiah Francois (Rec. Doc. No. 107)**.

In the first motion, Arabie argues that the plaintiff, Matthias Francois, failed to appear at two previously noticed depositions on August 22, 2011, and December 12, 2011, and otherwise did not provide a response or objection to the notice. In light of this, Arabie seeks an order compelling Francois to appear for a third setting of his deposition. Arabie also indicates that counsel spoke with Francois, who has remained in the metropolitan area, and the scheduled deposition therefore will not cause him prejudice. Arabie requests an order compelling Francois to appear for a deposition to be noticed for February 1, 2012, at 3:30 p.m. at opposing counsel's law office in New Orleans.

In the second motion, Arabie seeks for the first time to notice the deposition of Obadiah Francois, the plaintiff's only listed trial witness. He has filed this motion seeking leave to conduct the deposition at this time in light of the continued trial date.

Rule 37(a) of the Federal Rules of Civil Procedure allows a party to move the court for an order compelling compliance with discovery where proper notice is given and there has been no compliance. As set forth in Arabie's motion, Francois has failed twice to appear for scheduled depositions. This Court has also already ordered an award of costs and fees as a sanctions to Arabie for Francois's failure to appear at the second noticed deposition. Rec. Doc. No. 101. In light of the foregoing, the granting of a motion to compel is appropriate.

Arabie's newly enrolled counsel also seeks leave of court to take the deposition of Obadiah Francois. Although a discovery deadline was set and expired prior to the original trial date, Arabie requests leave to take the deposition prior to the new trial date set for April 24, 2012. The deposition is set for February 1, 2012, a date well-over two months prior to the new trial date. The record does not indicate any prejudice to the parties if the deposition is allowed to take place. Accordingly,

**IT IS ORDERED** that Officer Arabie's **Motion to Compel Deposition of Plaintiff, Matthias Francois (Rec. Doc. No. 106)** is **GRANTED** and the plaintiff, Matthias Francois, **SHALL** appear at the deposition noticed for February 1, 2012, at 3:30 p.m. at the law office of Leonard L. Levenson, 427 Gravier Street, New Orleans, Louisiana, 71030.

**IT IS FURTHER ORDERED** that Officer Arabie's **Motion for Leave on Behalf of Officer Arabie to Conduct the Deposition of Obadiah Francois (Rec. Doc. No. 107)** is **GRANTED** and the deposition of Obadiah Francois can be noticed for February 1, 2012, at 3:00 p.m. at the law office of Leonard L. Levenson, 427 Gravier Street, New Orleans, Louisiana, 71030.

New Orleans, Louisiana, this 18th day of January, 2012.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**