UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHIAS JIMMY FRANCOIS | CIVIL ACTION |
| VERSUS | NO. 10-1330 |
| OFFICER ERIC BLANDFORD OF THE JEFFERSON PARISH POLICE DEPARTMENT, ET AL | MAGISTRATE JUDGE KAREN WELLS ROBY |

### J U D G M E N T

The Court having granted the defendant's **Motion for Involuntary Dismissal of Proceedings and for Contempt for Plaintiff's Failure to Appear at Court Ordered Deposition (Rec. Doc. No. 145)** and having ordered dismissal of the plaintiff's complaint; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendant, Officer Arabie, and against the plaintiff, Matthias Jimmy Francois, dismissing with prejudice Francois's 42 U.S.C. § 1983 complaint, including any state law claims, pursuant to Fed. R. Civ. P. 37(b) and Fed. R. Civ. P. 41(b).  The Court retains jurisdiction over the awards of attorney's fees and costs ordered in this case and the enforcement thereof.

New Orleans, Louisiana, this 20th day of April, 2012.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE